IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| CONTINENTAL CASUALTY COMPANY and CONTINENTAL INSURANCE COMPANY, ) ) ) ) Plaintiffs, ) ) v. ) ) COMMERCIAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY, ) ) ) ) ) ) ) ) ) Defendants. ) | PH      **FILED** **DECEMBER 7, 2007** MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT  Case No. _____ **07 C 6912**  **JUDGE LEINENWEBER MAGISTRATE JUDGE KEYS** |

**PLAINTIFFS' LOCAL RULE 3.2
DISCLOSURE STATEMENT**

Plaintiffs Continental Casualty Company ("CCC") and Continental Insurance Company ("CIC"), by their counsel, pursuant to Local Rule 3.2, make the following disclosure:

1. CCC and CIC are wholly owned subsidiaries of CNA Financial Corporation ("CNAF").

2. CNAF's stock is publicly traded on the New York Stock Exchange.

3. Loews Corporation owns more than 10% of CNAF's common stock.

4. Loews Corporation's stock is publicly traded on the New York Stock Exchange.

                    Respectfully submitted,

                    ___/ s / Thomas D. Cunningham_____
                    Thomas D. Cunningham

William M. Sneed
Thomas D. Cunningham
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000

Attorneys for Plaintiffs Continental Casualty
Company and Continental Insurance Company

Dated:  December 7, 2007