# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Continental Casualty Company and Continental Insurance Company,

V.

Commercial Risk Re-Insurance Co., Commercial Risk Reinsurance Co. Ltd., General Security Indemnity Co. of Arizona, General Security Nat'l Ins. Co., GIE Columbus, SCOR and SCOR Reinsurance Co.

CASE NUMBER: **07 C 6912**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

GIE Columbus
199 Water Street, 21st Floor
New York, NY 10038
   Attn: Maxine Verne, Esq.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. Sneed
Thomas D. Cunningham
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**



**December 7, 2007**
_____
Date

♦AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/10/2007 |
| NAME OF SERVER (PRINT) Robert Singh | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
   GIE Columbus at 199 Water Street, New York, NY 10038

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:
   Maxine Verne, Esq., white female, approx 40-45 years of age, approx 5' 7" about 140lbs, with brown hair

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/11/2007
                Date            *Signature of Server*

787 Seventh Ave, New York, NY 10019
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.