AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Continental Casualty Company and Continental Insurance Company,

V.

Commercial Risk Re-Insurance Co., Commercial Risk Reinsurance Co. Ltd., General Security Indemnity Co. of Arizona, General Security Nat'l Ins. Co., GIE Columbus, SCOR and SCOR Reinsurance Co.

CASE NUMBER: **07 C 6912**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE: **JUDGE LEINENWEBER
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

SCOR Reinsurance Company
199 Water Street, 21st Floor
New York, NY 10038
    Attn: Maxine Verne, Esq.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William M. Sneed
Thomas D. Cunningham
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
**(By) DEPUTY CLERK**

**December 10, 2007**
_____
**Date**

≋AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>12/10/2007 |
| NAME OF SERVER *(PRINT)*<br>Robert Singh | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
  SCOR Re-Insurance Company at 199 Water Street, New York, NY 10038

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:
  Maxine Verne, Esq., white female, approx 40-45 years of age, approx 5' 7" about 140lbs, with brown hair

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____12/11/2007_____   _____[signature]_____
                Date                    Signature of Server

787 Seventh Ave, New York, NY 10019
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.