## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CONTINENTAL CASUALTY COMPANY and<br>CONTINENTAL INSURANCE COMPANY<br>           Plaintiffs,<br><br>       v.<br><br>COMMERICAL RISK RE-INSURANCE COMPANY,<br>COMMERCIAL RISK REINSURANCE COMPANY<br>LIMITED, GENERAL SECURITY INDEMNITY COMPANY<br>OF ARIZONA, GENERAL SECURITY NATIONAL<br>INSURANCE COMPANY, GIE COLUMBUS, SCOR, and<br>SCOR REINSURANCE COMPANY,<br>           Defendants. | Case Number:<br>07C6912 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: COMMERICAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY

| |
|---|
| NAME (Type or print)<br>STEPHEN W SCHWAB |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/ Stephen W Schwab |
| FIRM<br>DLA PIPER US LLP |
| STREET ADDRESS<br>203 N LaSALLE ST., SUITE 1900 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6183518 | TELEPHONE NUMBER<br>312-368-2150 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |

American LegalNet, Inc.<br>www.USCourtForms.com

| | |
|---|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com