## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of
CONTINENTAL CASUALTY COMPANY and
CONTINENTAL INSURANCE COMPANY
                Plaintiffs,

v.

COMMERICAL RISK RE-INSURANCE COMPANY,
COMMERCIAL RISK REINSURANCE COMPANY
LIMITED, GENERAL SECURITY INDEMNITY COMPANY
OF ARIZONA, GENERAL SECURITY NATIONAL
INSURANCE COMPANY, GIE COLUMBUS, SCOR, and
SCOR REINSURANCE COMPANY,
                Defendants.

Case Number: 07C6912

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
COMMERICAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print) | |
| CARL H. POEDTKE III | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Carl H. Poedtke III | |
| FIRM | |
| DLA PIPER US LLP | |
| STREET ADDRESS | |
| 203 N LaSALLE ST., SUITE 1900 | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6237886 | 312-368-7294 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |

American LegalNet, Inc.
www.USCourtForms.com

| | |
|---|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com