IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and CONTINENTAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>COMMERICAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY,<br><br>Defendants. | Case No. 07-CV-6912<br>Honorable Harry D. Leinenweber<br>Magistrate Judge Arlander Keys |

**AGREED MOTION FOR EXTENSION OF
TIME FOR DEFENDANTS TO ANSWER OR
OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT**

Defendants Commerical Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company ("Defendants"), by their attorneys, move pursuant to Fed. R. Civ. P. 6(b) for an extension of time to answer or otherwise plead in response to Plaintiffs' Complaint. In support thereof, Defendants state as follows:

1. Pursuant to service of summons, Defendants are required to answer or otherwise please in response to the Plaintiffs' Complaint on or before December 31, 2007.

2. The allegations in the Complaint relate to the terms of a reinsurance commutation transaction involving numerous contracts of reinsurance.

3. Defendants are in the process of gathering their records concerning the transactions and relating to the allegations in the Complaint so that they may fully address Plaintiffs' claim.

4. On December 19, 2007, counsel for Plaintiffs agreed to the proposed extension.

5. Defendants respectfully request that this Court extend their time to answer or otherwise plead to and including January 21, 2008.

6. Defendants' motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

WHEREFORE, Defendants respectfully request that this Court grant their motion for an extension of time to answer or otherwise plead in response to Plaintiffs' Complaint to and including January 21, 2008.

Dated: December 28, 2007

Respectfully submitted,

**COMMERICAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY**

By: /s/ Carl H. Poedtke III
One of their Attorneys

Stephen W. Schwab – 06183518
Carl H. Poedtke III – 6237886
**DLA PIPER US LLP**
203 N. LaSalle Street
Chicago, IL 60601
Phone: 312-368-4000

31133905

2