Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6912 | **DATE** | 1/4/2008 |
| **CASE TITLE** | Continental Casualty Company, et al vs. Commercial Risk Re-Insurance, et al | | |

**DOCKET ENTRY TEXT**

The Agreed Motion for Extension of Time for Defendants to Answer or Otherwise Plead to Plaintiffs' Complaint is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: WAP