CH

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and CONTINENTAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>COMMERICAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY,<br><br>Defendants. | Case No. 07-CV-6912<br>Honorable Harry D. Leinenweber<br>Magistrate Judge Arlander Keys |

## AGREED ORDER

This matter coming to be heard on Defendants' Agreed Motion for Extension of Time for Defendants to Answer or Otherwise Plead to Plaintiffs' Complaint, IT IS HEREBY ORDERED:

Defendants' motion is granted, and Defendants are to answer or otherwise plead in response to Plaintiff's Complaint on or before January 21, 2008.

Dated: 1/4/08

Entered: _____
Judge Harry D. Leinenweber

Stephen W. Schwab – 06183518
Carl H. Poedtke III – 6237886
**DLA PIPER US LLP**
203 N. LaSalle Street
Chicago, IL 60601
Phone: 312-368-4000

31135606