## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CONTINENTAL CASUALTY COMPANY and<br>CONTINENTAL INSURANCE COMPANY<br>            Plaintiffs,<br><br>      v.<br><br>COMMERICAL RISK RE-INSURANCE COMPANY,<br>COMMERCIAL RISK REINSURANCE COMPANY<br>LIMITED, GENERAL SECURITY INDEMNITY COMPANY<br>OF ARIZONA, GENERAL SECURITY NATIONAL<br>INSURANCE COMPANY, GIE COLUMBUS, SCOR, and<br>SCOR REINSURANCE COMPANY,<br>            Defendants. | Case Number:<br>07C6912 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: COMMERICAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY

| |
|---|
| NAME (Type or print)<br>MICHAEL C. KASDIN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ Michael C. Kasdin |
| FIRM<br>DLA PIPER US LLP |
| STREET ADDRESS<br>203 N LaSALLE ST., SUITE 1900 |
| CITY/STATE/ZIP<br>CHICAGO, IL 60601 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6283200 | TELEPHONE NUMBER<br>312-368-7916 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |

| | |
|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |