Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6912 | **DATE** | 1/23/2008 |
| **CASE TITLE** | Continental Casualty Company vs. Commercial Risk Re-Insurance Co, et al | | |

**DOCKET ENTRY TEXT**

IT IS HEREBY ORDERED that the Agreed Motion for extension of time to 2/6/2008 in which to defendants' shall answer or otherwise plead is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials:  WAP