UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Continental Casualty Company and Continental Insurance Company,<br><br>Plaintiffs,<br><br>v.<br><br>Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company<br><br>Defendants. | No. 07-C-6912<br><br>Honorable Judge Harry D. Leinenweber<br><br>Magistrate Judge Arlander Keys |

**AGREED ORDER EXTENDING TIME**

This matter coming to be heard on Defendants' Agreed Motion for Extension of Time for Defendants to Answer or Otherwise Plead to Plaintiffs' Complaint, IT IS HEREBY ORDERED:

Defendants' motion is granted, and Defendants are to answer or otherwise plead in response to Plaintiff's Complaint on or before February 6, 2008.

Dated: 1/23/08

Entered _____
Judge Harry D. Leinenweber

Stephen W. Schwab   (ARDC # 6183518)
Carl H. Poedtke III   (ARDC # 6237886)
Michael C. Kasdin   (ARDC # 6283200)
**DLA PIPER US LLP**
203 N. LaSalle Street
Chicago, IL 60601
Phone: 312-368-4000