**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Continental Casualty Company and Continental Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-C-6912 |
| v. | ) ) ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company | ) ) ) ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) ) | |

**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2 of the Northern District of Illinois, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, SCOR S.E., and SCOR Reinsurance Company (collectively "SCOR") certifies that the "affiliates", as that term is defined in Local Rule 3.2, of the Corporate Insureds are as follows:

<u>Commercial Risk Re-Insurance Company.</u>

100% owned by Commercial Risk Reinsurance Company, Ltd.

<u>Commercial Risk Reinsurance Company Limited.</u>

100% owned by Commercial Risk Partners Limited; which is 100% owned by SCOR S.E.

General Security Indemnity Company of Arizona.

    100% owned by SCOR Reinsurance Company

General Security National Insurance Company

    100% owned by SCOR Reinsurance Company

SCOR

    Defendants are unaware of an entity properly known simply as SCOR. To the extent this entity refers to SCOR S.E., SCOR S.E. is a publicly held company organized under the laws of France.

SCOR Reinsurance Company

    SCOR Reinsurance Company is 100% owned by SCOR U.S. Corporation. SCOR US Corporation is 100% owned by SCOR S.E.

Date: February 29, 2008

**COMMERCIAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR S.E., AND SCOR REINSURANCE COMPANY,**

By:   /s/ Michael C. Kasdin

    One of their attorneys

Stephen W. Schwab  (ARDC # 6183518)
Carl H. Poedtke III   (ARDC # 6237886)
Michael C. Kasdin   (ARDC # 6283200)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, IL 60601
Tel (312) 368-4000
Fax (312) 236-7516