**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Continental Casualty Company and Continental Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-C-6912 |
| v. | ) ) ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company | ) ) ) ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    All Counsel of Record as listed

PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at 9:30 a.m. we shall appear before the Honorable Harry D. Leinenweber, United States District Court, Room 1941, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **Motion For Stay**, a copy of which is attached hereto and served upon you

Date: February 29, 2008

**COMMERCIAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR S.E., AND SCOR REINSURANCE COMPANY,**

By:    /s/ Michael C. Kasdin

One of their attorneys

Michael C. Kasdin    (ARDC # 6283200)
**DLA P**IPER **US LLP**
203 North LaSalle Street
Suite 1900
Chicago, IL 60601
Tel (312) 368-4000
Fax (312) 236-7516