# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Continental Casualty Company, et al.

                          Plaintiff,

v.

Commercial Risk Re–Insurance Company, et al.

                          Defendant.

Case No.:
1:07–cv–06912

Honorable Harry D. Leinenweber

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Harry D. Leinenweber :The Agreed Motion for protective order [32] is granted. Defendants' memorandum in support of its motion to stay to be filed by 3/17/2008. Plaintiffs' Response due by 4/10/2008. Defendants 9; Reply brief due by 4/17/2008. The court will rule orally on 5/13/2008 at 09:00 AM. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.