IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Continental Casualty Company and Continental Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-C-6912 |
| v. | ) ) ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company | ) ) ) ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) | |

## **MOTION TO FILE *INSTANTER***

Defendants, by and through their attorneys, move for leave to file, *instanter*, their memorandum in support of their application to stay pending arbitration, and in support state:

1. Defendants' memorandum was due yesterday, March 17th.

2. Due to illness of an affiant and a death in lead defense counsel's immediate family, the memorandum could not be completed on time.

3. Counsel for Plaintiffs have been advised of this motion and do not object to it.

WHEREFORE, Defendants pray that this honorable Court grant them leave to file their memorandum in support of their application to stay, *instanter*.

Date: March 18, 2008

**COMMERCIAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR S.E., AND SCOR REINSURANCE COMPANY,**

By: /s/Carl H. Poedtke III
One of their attorneys

Stephen W. Schwab  (ARDC # 6183518)
Carl H. Poedtke III   (ARDC # 6237886)
Michael C. Kasdin   (ARDC # 6283200)
**DLA Piper US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
Tel (312) 368-4000
Fax (312) 236-7516