IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Continental Casualty Company and Continental Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-C-6912 |
| v. | ) ) ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company | ) ) ) ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   All Counsel of Record as listed

　　　PLEASE TAKE NOTICE that on Thursday, March 25, 2008, at 9:30 a.m. we shall appear before the Honorable Harry D. Leinenweber, United States District Court, Room 1941, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached Motion To File *Instanter*, a copy of which is attached hereto and served upon you

Date:  March 18, 2008

**COMMERCIAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR S.E., AND SCOR REINSURANCE COMPANY,**

By:   /s/ Carl H. Poedtke III

　　　One of their attorneys

Carl H. Poedtke III   (ARDC # 6237886)
**DLA PIPER US LLP**
203 North LaSalle Street
Suite 1900
Chicago, IL 60601
Tel (312) 368-4000
Fax (312) 236-7516