# Ex. C

BUSINESS/SCIENCE/TECHNOLOGY DIVISION
CHICAGO PUBLIC LIBRARY
400 SOUTH STATE STREET
CHICAGO, IL 60605

# BEST'S INSURANCE REPORTS®
## PROPERTY-CASUALTY
## UNITED STATES

### 1997 Edition
### Volume II: K-Z

Best's Ratings are current as of publication date
June 16, 1997

Published Continuously Since 1899



**A.M. BEST COMPANY**
The Insurance Information Source

Oldwick, New Jersey 08858 USA • (908) 439-2200 • Fax: (908) 439-3363

**SCOR U.S. COMPANIES—GENERAL SECURITY PROPERTY AND CASUALTY COMPANY—Continued**

### CAPITAL GENERATION ANALYSIS ($000)

| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
|---|---|---|---|---|---|---|
| 1992 | -6,817 | -1,141 | ... | 3,223 | -4,735 | -24.6 |
| 1993 | 974 | -7 | ... | -773 | 194 | 1.3 |
| 1994 | -815 | -72 | ... | -882 | -1,768 | -12.0 |
| 1995 | -1,243 | -100 | ... | -420 | -1,763 | -13.6 |
| 1996 | 2,338 | -303 | ... | 3,939 | 5,974 | 53.3 |
| 5-Yr | -5,563 | -1,623 | ... | 5,087 | -2,099 | ... |

**Significant Reinsurers:** The larger amounts recoverable from reinsurers (excluding U.S. affiliates) were $2.9 million, SCOR S.A., an affiliate (17% of PHS) and $2.1 million, SCOR Reassurance, France, an affiliate (13% of PHS).

### HISTORY

This company, incorporated on September 28, 1942 under the laws of New York, was formed as the successor to the United States branch of The Union Fire, Accident & General Insurance Company of Paris, France. It was licensed and commenced business on October 13, 1942 under the title The Unity Fire Insurance Corporation. In 1950, it adopted the name, The Unity Fire and General Insurance Company. The current title was adopted on April 8, 1996.

Paid-up capital of $2,500,000 consists of 20,000 authorized and outstanding common shares at $125 par value each.

### MANAGEMENT

Effective July 1, 1991, General Security Assurance Corporation of New York (General Security Assurance), assumed all of the business from The Unity Fire and General Insurance Company (Unity Fire), whose shares were then contributed to General Security by the holding company, SCOR U.S. Corporation. General Security Assurance remained a wholly owned subsidiary of SCOR U.S. Corporation until January 1, 1994 when it was merged with and into SCOR Reinsurance Company, another wholly owned subsidiary of SCOR U.S. Corporation. Unity Fire and General Security Assurance were previously known as The Unity Group.

From July 1990 until July 1, 1991, stock control had been held by SCOR U.S. Corporation, a Delaware holding company 100% owned by SCOR (formerly SCOR S.A.), Paris, one of the ten largest professional reinsurers in the world. The shares were acquired by SCOR U.S. Corporation through the merger of this company's former parent, Rockleigh Management Corporation, with and into SCOR U.S. Corporation, which were both indirectly owned (100% and 71%, respectively) prior to their merger by SCOR S.A. On July 1, 1991, Unity Fire became directly owned by General Security Assurance.

Subsequent to July 1, 1991, the company has conducted a commercial property and casualty business on both a primary and excess basis and also underwrites alternative risk coverages for self insurance pools, trusts, group captives, risk retention groups and other similar structures.

**Officers:** Chairman of the board, Jacques P. Blondeau; vice chairman of the board, Serge M.P. Osouf; president and chief executive officer, Jerome Karter; senior vice president, general counsel and secretary, John T. Andrews, Jr.; senior vice president, treasurer and chief financial officer, Jeffrey D. Cropsey; senior vice president and chief information officer, Robert D. Sawicki; senior vice presidents, Louis A. Adanio, Paul A. Bellone, R. Daniel Brooks, John D. Dunn, Jr., Robert Faber, Dominique Lavallee, Joseph F. Peloso; vice president and controller, Francis J. Fenwick; vice presidents, associate general counsel and assistant corporate secretary, Maxine H. Verne, Mark A. Welshons; vice presidents, Carl B. Aber, Larry F. Bachel, Curt Bartells, Robert A. Bear, Paul R. Bednarz, James S. Butridge, James B. Coyle, III, Kevin J. Cummins, Peter J. Dunn, Richard D. Eckis, Andrew Flasko, Karen Gorvett, Robert B. Hoffman, Matthew S. Jarzynski, Robert A. Kitchen, Edward J. Lambe, William R. McGrath, Catherine E. Monahan, Robert Ortbal, Kudret Oztap, John Petroccione, Donald P. Quirin, Rajagopalan Raman, Robert Remy, Patricia Rolfe, David G. Smith, Maria Vazquez, James A. Warters, Joseph Weaver.

**Directors:** Jacques P. Blondeau (chairman), Allan M. Chapin, John R. Cox, Jeffrey D. Cropsey, Raymond H. Deck, Jerome Karter, Richard M. Murray, Serge M. P. Osouf (vice chairman), Patrick Peugeot, Francois Reach, David J. Sherwood, Laurent Thabault, William Torchiana, Ellen E. Thrower.

### REGULATORY

An examination of the financial condition has been made as of December 31, 1994 by the Insurance Department of New York. An independent audit of the company's affairs through December 31, 1996 was conducted by Ernst & Young, L.L.P. An evaluation of reserves for unpaid losses and loss adjustment expenses was made as of December 31, 1996 by Rajagopalan Raman, FCAS, MAAA, senior vice president and chief actuary.

**Territory:** The company is licensed in DC, IL, IN, IA, LA, MI, NH, NJ, NY, OH, PA, TX, WV and WI. Credit is allowed for reinsurance in Florida, Maryland, Massachusetts and South Carolina, as it is accredited or licensed in other states. It is also licensed in Canada.

### BALANCE SHEET
#### ADMITTED ASSETS ($000)

|  | 12/31/96 | 12/31/95 | '96% | '95% |
|---|---|---|---|---|
| Bonds | 27,409 | 25,156 | 69.5 | 64.0 |
| Common stock | 21 | 21 | 0.1 | 0.1 |
| Cash & short-term invest. | 7,528 | 7,831 | 19.1 | 19.9 |
| Investments in affiliates | .... | 10 | .... | .... |
| Total invested assets | 34,957 | 33,017 | 88.7 | 84.0 |
| Premium balances | -179 | 2,447 | -0.5 | 6.2 |
| Accrued interest | 442 | 373 | 1.1 | 0.9 |
| All other assets | 4,190 | 3,456 | 10.6 | 8.8 |
| Total assets | 39,411 | 39,293 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

|  | 12/31/96 | 12/31/95 | '96% | '95% |
|---|---|---|---|---|
| Loss & LAE reserves | 818 | 15,657 | 2.1 | 39.8 |
| Unearned premiums | 21 | 4,731 | 0.1 | 12.0 |
| Conditional reserve funds | 1,560 | 3,347 | 4.0 | 8.5 |
| All other liabilities | 19,823 | 4,343 | 50.3 | 11.1 |
| Total liabilities | 22,223 | 28,078 | 56.4 | 71.5 |
| Capital & assigned surplus | 18,558 | 18,558 | 47.1 | 47.2 |
| Unassigned surplus | -1,369 | -7,343 | -3.5 | -18.7 |
| Total policyholders' surplus | 17,188 | 11,214 | 43.6 | 28.5 |
| Total liabilities & surplus | 39,411 | 39,293 | 100.0 | 100.0 |

**Investments in Non-Insurance Affiliates:** All 30,000 common shares of Underwriters Adjustment Bureau, carried at $20,693.

**Large Single Investments:** $5.2 million (31% of PHS) in Southland Corporation Securities.

### SUMMARY OF 1996 OPERATIONS ($000)

| Statement of Income | 12/31/96 | Funds Provided from Operations | 12/31/96 |
|---|---|---|---|
| Premiums earned | 16,575 | Premiums collected | 14,490 |
| Losses incurred | 9,287 | Losses paid | 16,587 |
| LAE incurred | 2,558 | LAE paid | 2,970 |
| Undrw expenses incurred | 4,477 | Undrw expense paid | 4,506 |
| Other expense incurred | ... | Other income/expense | -468 |
| Net underwriting income | 253 | Undrw cash flow | -10,041 |
| Net investment income | 2,115 | Investment income | 2,142 |
| Other income/expense | -29 | Other income/expense | 635 |
| Pre-tax oper income | 2,338 | Pre-tax cash operations | -7,264 |
| Realized capital gains | -303 |  |  |
| Income taxes incurred | -2,182 | Income taxes (pd) recov | ... |
| Net income | 4,217 | Net oper cash flow | -7,264 |

---

## SCOR U.S. Companies

### SCOR REINSURANCE COMPANY

Two World Trade Center, New York, NY 10048-0178
Tel: 212-390-5200   Fax: 212-488-8892   AMB#: 03599   NAIC: 30058

### CURRENT RATING

Based on our current opinion of the consolidated financial condition and operating performance of the property/casualty members of the SCOR U.S. Companies, which operate under a business pooling arrangement (since January 1, 1991), each pool member is assigned a Best's Rating of A+ (Superior). The company is assigned the Financial Size Category of Class XII, which is the Financial Size Category of the pool. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE

For a detailed discussion of the company's rating rationale, refer to the report of SCOR U.S. Companies.

### KEY FINANCIAL INDICATORS ($000)

| | | Statutory Data | | | | |
|---|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
| 1992 | 429 | 185,684 | -1,375 | 8,550 | 758,511 | 210,855 |
| 1993 | 1,356 | 198,603 | 27,084 | 31,261 | 754,113 | 271,895 |
| 1994 | ... | 185,077 | 2,530 | 5,631 | 690,319 | 243,416 |
| 1995 | ... | 205,065 | 25,022 | 22,980 | 733,225 | 272,374 |
| 1996 | ... | 429,870 | -18,977 | -17,164 | 1,491,776 | 396,677 |

| Period Ending | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | BCAR (%) | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 1992 | 121.2 | 6.8 | -0.8 | ... | 0.9 | 3.5 | 140.5 | 91.9 |
| 1993 | 106.8 | 6.2 | 13.6 | ... | 0.7 | 2.5 | 157.8 | 114.0 |
| 1994 | 115.3 | 5.5 | 1.4 | 113.5 | 0.8 | 2.6 | 158.4 | 99.7 |
| 1995 | 101.0 | 5.2 | 12.4 | 143.6 | 0.8 | 2.5 | 159.8 | 122.0 |
| 1996 | 99.8 | 4.6 | -7.1 | 91.8 | 1.1 | 3.8 | 137.4 | -99.9 |
| 5-Yr | 107.6 | 5.6 | 3.3 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Professional Reinsurers Industry Composite.

## BUSINESS REVIEW
### 1996 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Premiums Written Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Reins-Casualty | ... | 85,699 | 19.9 | 95.1 | 306,047 |
| Priv Pass Auto Liab | ... | 47,072 | 11.0 | -27.3 | 65,252 |
| Comm'l Auto Liab | ... | 43,460 | 10.1 | 127.8 | 44,097 |
| Surety | ... | 41,378 | 9.6 | 8.2 | 17,139 |
| Auto Physical | ... | 34,337 | 8.0 | 39.0 | 35,654 |
| Homeowners | ... | 30,629 | 7.1 | 39.2 | 21,668 |
| Fire | ... | 29,365 | 6.8 | 52.4 | 36,644 |
| Oth Liab Occur | ... | 26,474 | 6.2 | 18.6 | 55,001 |
| Allied Lines | ... | 19,893 | 4.6 | 64.0 | 15,348 |
| Com'l MultiPeril | ... | 19,968 | 4.6 | 3.0 | 31,017 |
| Reins-Property | ... | 12,503 | 2.9 | -34.3 | 25,577 |
| Inland Marine | ... | 10,984 | 2.6 | 4.6 | 10,082 |
| All Other | ... | 28,109 | 6.5 | 49.8 | 153,979 |
| Totals | ... | 429,870 | 100.0 | 49.6 | 817,504 |

### CAPITAL GENERATION ANALYSIS ($000)

| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
|---|---|---|---|---|---|---|
| 1992 | -1,375 | 9,238 | -12,000 | -9,336 | -13,472 | -6.0 |
| 1993 | 27,084 | 13,080 | 26,350 | -5,474 | 61,041 | 28.9 |
| 1994 | 2,530 | -15,227 | -12,623 | -3,159 | -28,479 | -10.5 |
| 1995 | 25,022 | 7,729 | -10,000 | 6,207 | 28,958 | 11.9 |
| 1996 | -18,977 | 20,066 | 130,000 | -6,786 | 124,303 | 45.6 |
| 5-Yr | 34,285 | 34,886 | 121,727 | -18,548 | 172,350 | ... |

**Significant Reinsurers:** The larger amounts recoverable from reinsurers (excluding U.S. affiliates) were $64.1 million, SCOR SA, France, an affiliate (16% of PHS); $57.3 million, SCOR Reassurance, France, an affiliate (14% of PHS) and $20.0 million, Zurich Vers Ges Ag (11% of PHS).

## HISTORY

This company was incorporated on November 8, 1984 under the name SCOR Reinsurance Company of New York under the laws of New York to serve as the vehicle for the redomestication of the company from Texas. Effective September 30, 1985, this company merged with its operational predecessor and parent, SCOR Reinsurance Company, Irving, Texas. Concurrent with the 1985 merger, the surviving entity adopted its present name. The predecessor company was incorporated on March 22, 1974 under the laws of Texas and began business on April 16 of the same year.

Paid-up capital of $5,000,000 consists of 5,000 common shares at $1,000 par value each. All authorized shares are outstanding.

## MANAGEMENT

Ownership of the company rests with SCOR U.S. Corporation, which was a public company from September 25, 1986 to December 1995. SCOR U.S. the holding company acquired ownership of the predecessor company on December 31, 1981, through a share for share exchange of stock. Financial control (100%) of SCOR U.S. Corporation is held by SCOR, Paris, France, one of the ten largest professional reinsurers in the world. In March 1993, the holding company raised $86.25 million through the sale of 5.25% convertible subordinated debentures due April 1, 2000 and contributed approximately $50 million of the net proceeds to SCOR Reinsurance Company (Scor Re). The debentures have been repurchased or redeemed and have been replaced by loans from SCOR.

Prior to 1982, outstanding capital stock was directly held by Societe Commerciale de Reassurance, Paris, France (SCOR Paris), which was founded in 1969 through the consolidation of three long established French carriers: Caisse Centrale de Reassurance, Nationale Reassurance and Compagnie Havraise de Reassurance.

In a corporate reorganization completed in France in November 1989, effective January 1, 1989, the shareholders of SCOR Paris and UAP Reassurance (UAP Re) exchanged all of their shares in those respective companies for shares of a publicly traded company, which subsequently changed its name to SCOR S.A. As a result of this reorganization, SCOR Paris and UAP Re became wholly owned subsidiaries of SCOR S.A.

In June 1990, SCOR U.S. Corporation absorbed by merger Rockleigh Management Corporation, the parent company of The Unity Group of insurance companies, The Unity Fire and General Insurance Company (Unity Fire) and General Security Assurance Corporation of New York. Prior to the merger, both SCOR U.S. and Rockleigh were indirectly owned by SCOR S.A. through SCOR Paris (71%) and UAP Re (100%), respectively. In December 1990, SCOR Paris and UAP Re were merged into SCOR S.A. In 1991, The Unity Group was reorganized with the business of the former Unity Fire & General Insurance Company being assumed by General Security Assurance Corporation of New York and The Unity Fire & General Insurance Company becoming a subsidiary of General Security Assurance Corporation of New York. Effective January 1, 1994, General Security Assurance Corporation of New York merged with and into SCOR Re, with SCOR Re being the surviving corporation, and retaining its name, and becoming the parent of Unity Fire. In 1996, Unity Fire changed its name to General Security Property and Casualty Company. In 1996 SCOR S.A. changed its name to SCOR.

The board of directors of the company is headed by chairman Jacques P. Blondeau and vice chairman Serge M. P. Osouf. Those directors also serve in similar capacities with SCOR U.S. and SCOR, the parent organization in Paris. Supervision and administration of day to day affairs of SCOR Reinsurance Company is directed by Jerome Karter, president and chief executive officer. Mr. Karter assumed his present post in February 1989, having previously served as senior vice president with Johnson & Higgins, where he managed the New York international department. From 1978-83 he served as general manager in Europe for the Insurance Company of North America and INA Reinsurance Company, both based in Brussels, Belgium, with responsibility for all European direct property and casualty insurance and reinsurance operations.

Prior to July 3, 1990, SCOR Reinsurance Company held a substantial financial interest (49%) in Southwest International Reinsurance Company (SIRCO), which was formed in March 1979. Controlling interest (51%) of SIRCO was held by Dai-Tokyo Fire and Marine Insurance Company, Ltd., Tokyo, Japan, one of the largest insurance companies in Japan. On July 3, 1990, SCOR U.S. Corporation purchased Dai-Tokyo's 51% interest in SIRCO and, subsequently, SCOR U.S. Corporation contributed that interest to SCOR Reinsurance Company. On August 30, 1993, SIRCO's name was changed to General Security Indemnity Company.

On December 4, 1992, SCOR Reinsurance Company purchased 100% of the stock of The International Insurance Company of Takoma Park, Maryland; the name of which has been changed to General Security Insurance Company.

On September 15, 1996, the company acquired substantially all of the business of the U.S. reinsurance division of Allstate Insurance Company written after 1984.

**Officers:** Chairman of the board, Jacques P. Blondeau; vice chairman of the board, Serge M.P. Osouf; president and chief executive officer, Jerome Karter; senior vice president, general counsel and corporate secretary, John T. Andrews, Jr.; senior vice president, treasurer and chief financial officer, Jeffrey D. Cropsey; senior vice president and chief information officer, Robert D. Sawicki; senior vice presidents, Louis A. Adanio, Paul A. Bellone, R. Daniel Brooks, John D. Dunn, Jr., Robert Faber, Dominique Lavallee; vice president and controller, Francis J. Fenwick; vice presidents, Carl B. Aber, Larry F. Bachel, Curt Bartells, Robert A. Bear, Paul R. Bednarz, James S. Butridge, James B. Coyle, III, Kevin J. Cummins, Peter J. Dunn, Richard D. Eckis, Andrew Flasko, Karen Gorvett, Robert B. Hoffman, Matthew Jarzynski, Robert A. Kitchen, Edward Lambe, William McGrath, Catherine E. Monahan, Robert Ortbal, Kudret Oztap, Joseph Peloso, John Petroccione, Donald P. Quirin, Rajagopalan Raman, Robert Remy, Patricia Rolfe, David G. Smith, Maria Vazquez, Maxine H. Verne, James A. Warters, Joseph Weaver, Mark A. Welshons.

**Directors:** Jacques P. Blondeau (chairman), Allan M. Chapin, John R. Cox, Jeffrey D. Cropsey, Raymond H. Deck, Jerome Karter, Richard M. Murray, Serge M. P. Osouf (vice chairman), Patrick Peugeot, Francois Reach, David J. Sherwood, Laurent Thabault, William Torchiana, Ellen E. Thrower.

## REGULATORY

An examination of the financial condition was made as of December 31, 1994 by the Insurance Department of New York. An independent audit of the company's affairs through December 31, 1996 was conducted by Ernst & Young LLP. An evaluation of reserves for unpaid losses and loss adjustment expenses was made as of December 31, 1996 by Rajagopalan K. Raman, FCAS, MAAA, FCIA, vice president and actuary.

**Territory:** The company is licensed in DC and all states except AR, CO, CT, FL, GA, HI, KS, ME, MD, MA, MO, MT, NV, NH, NJ, SC, SD, VT, VA, WV, WI and WY. Credit is allowed for reinsurance as a licensed reinsurer in Puerto Rico, AR, CT, GA, KS, MT, NV, NJ, SD and WV. Credit is allowed for reinsurance in Virgin Islands, CO, FL, HI, MD, MA, MO, NH, SC, VT, VA, WI and WY, as it is accredited or licensed in other states. Credit is allowed for reinsurance in Maine, as it meets state requirements other than licensing or accreditation. SCOR Reinsurance Company operates in Canada through a branch office and is licensed for reinsurance in the province of Quebec.

### BALANCE SHEET
#### ADMITTED ASSETS ($000)

|  | 12/31/96 | 12/31/95 | '96% | '95% |
|---|---|---|---|---|
| Bonds | 1,021,229 | 442,525 | 68.5 | 60.4 |
| Preferred stock | 18,642 | 17,890 | 1.2 | 2.4 |
| Common stock | .... | 152 | .... | .... |
| Cash & short-term invest. | 65,423 | 107,888 | 4.4 | 14.7 |
| Investments in affiliates | 91,053 | 64,907 | 6.1 | 8.9 |
| Total invested assets | 1,196,346 | 633,362 | 80.2 | 86.4 |
| Premium balances | 168,604 | 72,830 | 11.3 | 9.9 |
| Accrued interest | 15,508 | 7,369 | 1.0 | 1.0 |
| All other assets | 111,317 | 19,663 | 7.5 | 2.7 |
| Total assets | 1,491,776 | 733,225 | 100.0 | 100.0 |

#### LIABILITIES & SURPLUS ($000)

|  | 12/31/96 | 12/31/95 | '96% | '95% |
|---|---|---|---|---|
| Loss & LAE reserves | 817,504 | 353,170 | 54.8 | 48.2 |
| Unearned premiums | 240,304 | 76,381 | 16.1 | 10.4 |
| Conditional reserve funds | 9,339 | 1,890 | 0.6 | 0.3 |
| All other liabilities | 27,951 | 29,409 | 1.9 | 4.0 |
| Total liabilities | 1,095,099 | 460,851 | 73.4 | 62.9 |
| Capital & assigned surplus | 355,632 | 210,732 | 23.8 | 28.7 |
| Unassigned surplus | 41,045 | 61,641 | 2.8 | 8.4 |
| Total policyholders' surplus | 396,677 | 272,374 | 26.6 | 37.1 |
| Total liabilities & surplus | 1,491,776 | 733,225 | 100.0 | 100.0 |

**Investments in Insurance Affiliates:** Property/casualty stockholdings include all 28,000 common shares of General Security Insurance Company carried at $45.6 million; all 2,500 common shares of General Security Indemnity Company carried at $28.1 million; and all 20,000 common shares of General Security Property and Casualty Company carried at $17.1 million.

#### SUMMARY OF 1996 OPERATIONS ($000)

| Statement of Income | 12/31/96 | Funds Provided from Operations | 12/31/96 |
|---|---|---|---|
| Premiums earned | 265,947 | Premiums collected | 334,238 |
| Losses incurred | 131,878 | Losses paid | -212,253 |
| LAE incurred | 46,276 | LAE paid | -24,053 |
| Undrw expenses incurred | 141,115 | Undrw expense paid | 137,727 |
| Other expense incurred | .... | Other income/expense | -1,742 |
| Net underwriting income | -53,321 | Undrw cash flow | 431,076 |
| Net investment income | 41,974 | Investment income | 39,055 |
| Other income/expense | -7,630 | Other income/expense | -15,055 |
| Pre-tax oper income | -18,977 | Pre-tax cash operations | 455,076 |
| Realized capital gains | 1,441 |  |  |
| Income taxes incurred | -372 | Income taxes (pd) recov | -14,976 |
| Net income | -17,164 | Net oper cash flow | 440,100 |

◆

## SCOTT COUNTY FARMERS MUTUAL INSURANCE COMPANY

912 South Kingshighway, Sikeston, MO 63801
Mail: P.O. Box 631, Sikeston, MO 63801
Tel: 573-472-1406  Fax: 573-471-8618  AMB#: 10879

### CURRENT RATING

The company is assigned the classification of NR-1 (Limited Data Filing) as the company does not meet our financial filing requirements. As a result, a complete quantitative and qualitative evaluation cannot be performed in order to assign a letter rating or a Financial Performance Rating (FPR). The company's Financial Size Category is Class I. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### KEY FINANCIAL INDICATORS ($000)
— Statutory Data —

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policyholders' Surplus |
|---|---|---|---|---|---|---|
| 1992 | 319 | 70 | ... | ... | 140 | 122 |
| 1993 | 374 | 57 | ... | ... | 172 | 123 |
| 1994 | 395 | ... | ... | ... | 148 | 142 |
| 1995 | ... | ... | ... | ... | ... | ... |
| 1996 | 528 | 267 | ... | ... | 309 | 242 |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement.

### REGULATORY

**Territory:** The company is licensed in Missouri.

◆

## The SCPIE Companies

### THE SCPIE COMPANIES

9441 West Olympic Boulevard, Beverly Hills, CA 90212-4541
Mail: P.O. Box 4015, Beverly Hills, CA 90213-4015
Tel: 310-551-5900  Fax: 310-551-5924  AMB#: 18350
World Wide Web Site: http://www.scpie.com
Publicly Traded Corporation: SCPIE Holdings Inc.  NYSE:SKP

### CURRENT RATING

Based on our current opinion of the group's financial condition and operating performance, it is assigned a Best's Rating of A (Excellent). The group's Financial Size Category is Class IX. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING UNIT MEMBERS

The SCPIE Companies         (AMB# 18350):

| AMB# | COMPANY | RATING | | POOL% |
|---|---|---|---|---|
| 11800 | SCPIE Indemnity Company | A | p | 97.10 |
| 11856 | American Healthcare Indemnity | A | p | 2.20 |
| 11855 | American Healthcare Specialty | A | p | 0.70 |

### RATING RATIONALE

**Current Rating Rationale:** The rating applies to the group's three property/casualty intercompany pool members, led by SCPIE Indemnity Company. The rating reflects the group's strong capitalization, improved profitability, favorable loss reserve development, and leadership position in its principal market. The group is the leading provider of professional liability coverages for physicians in California and ranks among the 20 largest writers of direct malpractice premiums in the United States. Earnings in recent years have improved due to a combination of favorable reserve development and a high success rate in closing claims without indemnity payments. The rating also recognizes the group's enhanced financial flexibility, following the successful completion of its initial public offering in early 1997. These positive rating factors are partially offset by the group's narrow spread of risk, the intensifying competition on the medical malpractice line, and industry uncertainties associated with medical provider integration under managed care programs. The group, however, has positioned itself well to respond to managed care developments and has started expanding geographically through the acquisition of two inactive companies in 1996. Based on these actions, and the group's continued favorable operating results, Best views the rating outlook as stable.

### FIVE YEAR RATING HISTORY

| Effective Date | Rating & Modifier | FSC | Effective Date | Rating & Modifier | FSC |
|---|---|---|---|---|---|
| 07/06/93 | NR-5 |  | 06/17/96 | A | VIII |
| 07/11/94 | NR-5 |  | 06/02/97 | A | IX |
| 07/05/95 | NR-5 |  |  |  |  |

### KEY FINANCIAL INDICATORS ($000)
— Statutory Data —

| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policyholders' Surplus |
|---|---|---|---|---|---|---|
| 1992 | 107,126 | 112,151 | -10,415 | 6,303 | 665,021 | 154,675 |
| 1993 | 112,459 | 113,225 | 4,658 | 16,886 | 684,136 | 171,590 |
| 1994 | 120,024 | 113,234 | 20,450 | 17,729 | 700,822 | 187,299 |
| 1995 | 122,277 | 114,513 | 25,997 | 24,562 | 723,307 | 235,352 |
| 1996 | 125,635 | 126,318 | 30,202 | 30,302 | 759,040 | 254,679 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | BCAR (%) | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 1992 | 148.1 | 7.0 | -9.3 | ... | 0.7 | 4.0 | 130.5 | 109.6 |
| 1993 | 130.8 | 6.1 | 4.1 | ... | 0.7 | 3.7 | 134.1 | 104.6 |
| 1994 | 116.7 | 5.8 | 18.3 | ... | 0.6 | 3.3 | 136.9 | 99.8 |
| 1995 | 121.1 | 5.9 | 22.3 | 120.3 | 0.5 | 2.6 | 148.8 | 107.3 |
| 1996 | 109.2 | 6.0 | 25.1 | 122.9 | 0.5 | 2.4 | 151.6 | 128.6 |
| 5-Yr | 124.9 | 6.1 | 12.4 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled through the A.M. Best Consolidation of statutory filings. Within several financial tables of this report, this group is compared against the Medical Malpractice Industry Composite.

### CORPORATE OVERVIEW

The SCPIE Companies Group is comprised of three property/casualty insurance companies that specialize in providing professional liability coverages to physicians and healthcare facilities. In 1997, the group underwent a reorganization prior to completing an initial public offering,