# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and CONTINENTAL INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY, <br><br> Defendants. | Case No. 07-6912 <br><br> Leinenweber, J. |

## PLAINTIFFS' AGREED MOTION FOR ENLARGEMENT OF TIME

Plaintiffs Continental Casualty Company and Continental Insurance Company, by and through their attorneys, move pursuant to Fed. R. Civ. P. 6(b) for enlargement of time with respect to Defendants' Memorandum of Law in Support of Application to Stay. In support thereof, Plaintiffs state as follows:

1. On March 18, 2008, Defendants filed their Memorandum of Law in Support of Application to Stay.

2. By Order of this Court, Plaintiffs' opposition papers are due by April 10, 2008, and Defendants' reply papers are due by April 17, 2008.

3. Plaintiffs hereby request a one week enlargement of time for the remaining briefing schedule.

4. Plaintiffs seek this enlargement due to illness of the lead attorney and for Plaintiffs to gather records to adequately and fully respond to Defendants' Memorandum of Law in Support of Application to Stay.

5. Defendants have agreed to the proposed enlargement of time.

6. Accordingly, Plaintiffs respectfully request the following modified briefing schedule for Defendants' Application to Stay:

(a) Plaintiffs' opposition papers due by April 17, 2008;

(b) Defendants' reply papers due by April 24, 2008.

7. Plaintiffs' motion is not brought for purposes of delay and will not prejudice any party.

Wherefore, Plaintiffs respectfully request that this Court grant their agreed motion for enlargement of time.

Respectfully Submitted,

**CONTINENTAL CASUALTY COMPANY**
**CONTINETAL INSURANCE COMPANY**

By: /s/ Serena Bruni Lee
Serena Bruni Lee

William M. Sneed
Thomas D. Cunningham
Serena B. Lee
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000

Attorneys for Plaintiffs Continental Casualty Company and Continental Insurance Company

CH1 4232271v.1

2