IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and CONTINENTAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>COMMERICAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY,<br><br>Defendants. | Case No. 07-CV-6912<br>Honorable Harry D. Leinenweber<br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

**To:**   All Counsel of Record

**PLEASE TAKE NOTICE** that on May 8, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before Judge Harry D. Leinenweber or any judge sitting in his stead, in Courtroom 1941 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Motion for Extension of Time For Defendants to File Reply Brief**, a copy of which is attached hereto and served upon you herewith.

                                       **COMMERICAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY**

                                       By:   /s/ Michael C. Kasdin
                                              One of their Attorneys

Stephen W. Schwab – 06183518
Carl H. Poedtke III – 6237886
Michael C. Kasdin – 6283200
**DLA PIPER US LLP**
203 N. LaSalle Street
Chicago, IL  60601
Phone: 312-368-4000