# Ex. A

## SUBMITTED *IN CAMERA*