**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Continental Casualty Company and | ) | |
| Continental Insurance Company, | ) | |
| | ) | |
| Plaintiffs, | ) | No.  07-C-6912 |
| | ) | |
| v. | ) | |
| | ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, | ) | |
| Commercial Risk Reinsurance Company | ) | |
| Limited, General Security Indemnity | ) | Magistrate Judge Arlander Keys |
| Company of Arizona, General Security | ) | |
| National Insurance Company, GIE | ) | |
| Columbus, SCOR, and SCOR | ) | |
| Reinsurance Company | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DESIGNATING RESTRICTED DOCUMENTS**

This matter having come before this Court on the Motion of Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company (collectively "SCOR Group") for entry of a Restricting Order, the Court finds as follow:

1)      All parties of record have received due notice;

2)      SCOR Group has shown good cause that the communications between certain reinsurance brokers and SCOR Re dated February 12, 2001; February 26, 2003; October 20, 2003; February 23, 2004; May 25, 2005; May 25, 2006; and all attachments, enclosures, addenda and exhibits to these documents should be designated "Restricted Documents" as that term is defined in Local Rule 26.2(a);

It is hereby ORDERED:

1)      The communications between certain reinsurance brokers and SCOR Re dated February 12, 2001; February 26, 2003; October 20, 2003; February 23, 2004; May 25, 2005; May 25, 2006; and all attachments, enclosures, addenda and exhibits to these documents are designated "Restricted Documents" as that term is defined in Local Rule 26.2(a);

2)      The only persons who may have access to these documents or the confidential information therein without further leave of this Court are:

   i.      Counsel for the parties to this action, and members of their staff as required to assist counsel;

   ii.     Experts and consultants retained by counsel for the parties to this action to assist in this action;

   iii.    The parties to this action; and

   iv.    the Court and its staff as required to assist the Court.

3)      Any Restricted Document which is produced pursuant to this Order shall be filed under seal;

4)      This Order shall remain in effect until 63 days following the entry of a final order disposing of this entire action or until it is dissolved by agreement of the parties.

IT IS SO ORDERED

ENTER:

_____
Hon. Harry D. Leinenweber
United States District Judge

5