IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Continental Casualty Company and<br>Continental Insurance Company, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 07-C-6912 |
| v. | )<br>)<br>) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company,<br>Commercial Risk Reinsurance Company<br>Limited, General Security Indemnity<br>Company of Arizona, General Security<br>National Insurance Company, GIE<br>Columbus, SCOR, and SCOR<br>Reinsurance Company | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Magistrate Judge Arlander Keys |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All Counsel of Record,

Please take notice that on July 8, 2008, at 9:30 a.m. the undersigned counsel shall appear before the honorable Judge Harry D. Leinenweber or any judge sitting in his stead and present Defendants' **MOTION FOR ENTRY OF AN ORDER PURSUANT TO L.R. 26.2 AND F.R.C.P. 26(c)**, a true and correct copy of which is hereby served upon you.

Date: June 30, 2008         By:   /s/Michael C. Kasdin
                                           One of their attorneys
                                    Stephen W. Schwab  (ARDC # 6183518)
                                    Carl H. Poedtke III   (ARDC # 6237886)
                                    Michael C. Kasdin   (ARDC # 6283200)
                                    **DLA PIPER US LLP**
                                    203 North LaSalle Street
                                    Suite 1900
                                    Chicago, IL 60601
                                    Tel (312) 368-4000
                                    Fax (312) 236-7516