# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Continental Casualty Company, et al.

                      Plaintiff,

v.

Commercial Risk Re–Insurance Company, et al.

                      Defendant.

Case No.: 1:07−cv−06912

Honorable Harry D. Leinenweber

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2008:

      MINUTE entry before the Honorable Harry D. Leinenweber: Defendants' Motion for Entry of an Order Pursuant to L.R. 26.2 and F.R.C.P. 26(c) is reset by the court for 7/15/2008 at 09:30 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.