UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and CONTINENTAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY,<br><br>Defendants. | Case No. 07-6912<br><br>Judge Leinenweber<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

TO: All Counsel of Record as listed

PLEASE TAKE NOTICE that on July 15, 2008, at 9:30 a.m. we shall appear before the Honorable Harry D. Leinenweber, United States District Court, Room 1941, 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **Motion for Leave to File Declaration of Eric J. Byrd**, a copy of which is attached hereto and served upon you

DATE: July 3, 2008

By:   /s/ Thomas D. Cunningham

William M. Sneed
Thomas D. Cunningham
Serena B. Lee
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinios 60603
312-853-7000

Attorneys for Plaintiffs Continental Casualty Company and Continental Insurance Company

CH1 4329795v.1