**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Continental Casualty Company and Continental Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-C-6912 |
| v. | ) ) ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company | ) ) ) ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) | |

## ORDER DESIGNATING RESTRICTED DOCUMENTS

This matter having come before this Court on the Motion of Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company (collectively "SCOR Group") for entry of a Restricting Order, the Court finds as follow:

1) All parties of record have received due notice;

2) SCOR Group has shown good cause that the October 11, 2006 communication directly from Plaintiff to SCOR Re should be designated a "Restricted Document" as that term is defined in Local Rule 26.2(a);

It is hereby ORDERED:

1) The October 11, 2006 communication directly from Plaintiff to SCOR Re is

designated a "Restricted Document" as that term is defined in Local Rule 26.2(a);

    2)     The only persons who may have access to this document or the confidential information therein without further leave of this Court are:

    i.     Counsel for the parties to this action, and members of their staff as required to assist counsel;

    ii.     Experts and consultants retained by counsel for the parties to this action to assist in this action;

    iii.     The parties to this action; and

    iv.     the Court and its staff as required to assist the Court.

    3)     Any Restricted Document which is produced pursuant to this Order shall be filed under seal;

    4)     This Order shall remain in effect until 63 days following the entry of a final order disposing of this entire action or until it is dissolved by agreement of the parties.

    IT IS SO ORDERED

    ENTER:

    _____
    Hon. Harry D. Leinenweber
    United States District Judge