IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Continental Casualty Company and Continental Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-C-6912 |
| v. | ) ) ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company | ) ) ) ) ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All Counsel of Record,

Please take notice that on July 29, 2008 at 9:30 a.m., the undersigned counsel shall appear before the honorable Judge Harry D. Leinenweber or any judge sitting in his stead and present Defendants' **MOTION FOR ENTRY OF AN ORDER PURSUANT TO L.R. 26.2 AND F.R.C.P. 26(c)**, a true and correct copy of which is hereby served upon you.

Date: July 21, 2008         By:   /s/Michael C. Kasdin
                                                One of their attorneys
                                         Stephen W. Schwab  (ARDC # 6183518)
                                         Carl H. Poedtke III   (ARDC # 6237886)
                                         Michael C. Kasdin   (ARDC # 6283200)
                                         **DLA Piper US LLP**
                                         203 North LaSalle Street
                                         Suite 1900
                                         Chicago, IL 60601
                                         Tel (312) 368-4000
                                         Fax (312) 236-7516