## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6912 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Continental Casualty Company, et al vs. Commercial Risk Re-Insurance, et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for leave to file Declaration of Eric J. Byrd is granted. Defendants' Motion for Entry of an Order Pursuant to Local Rule 26.2 and Fed. R. Civ. P. 26 (c) is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

Courtroom Deputy Initials: WAP