# EXHIBITS A AND B

# SUBMITTED *IN CAMERA*