# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY and CONTINENTAL INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCIAL RISK RE-INSURANCE COMPANY, COMMERCIAL RISK REINSURANCE COMPANY LIMITED, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, GENERAL SECURITY NATIONAL INSURANCE COMPANY, GIE COLUMBUS, SCOR, and SCOR REINSURANCE COMPANY,<br><br>Defendants. | Case No. 07-6912<br><br>Hon. Harry D. Leinenweber<br><br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

To: All Counsel of Record,

Please take notice that on July 29, 2008 at 9:30 a.m., the undersigned counsel shall appear before the honorable Judge Harry D. Leinenweber or any judge sitting in his stead and present Plaintiffs' **MOTION FOR ENTRY OF AN ORDER PURSUANT TO L.R. 26.2 AND F.R.C.P. 26(c)**, a true and correct copy of which is hereby served upon you.

DATED:  July 24, 2008

By:   /s/ Serena B. Lee

William M. Sneed
Thomas D. Cunningham
Serena B. Lee
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
312-853-7000

Attorneys for Plaintiffs Continental Casualty
Company and Continental Insurance Company