# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Continental Casualty Company, et al.

                        Plaintiff,

v.

Commercial Risk Re–Insurance Company, et al.

                        Defendant.

Case No.: 1:07–cv–06912

Honorable Harry D. Leinenweber

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Arlander Keys for the purpose of holding proceedings related to: settlement conference. (wp, )Mailed notice.

Dated: August 1, 2008

                                                          /s/ Harry D. Leinenweber

                                                          United States District Judge