IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Continental Casualty Company and Continental Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | No.  07-C-6912 |
| v. | ) ) ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company | ) ) ) ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) ) | |

**AGREED MOTION TO STAY**

Plaintiffs Continental Casualty Company and Continental Insurance Company (collectively "CNA") and Defendants Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR S.E., and SCOR Reinsurance Company (collectively "SCOR Group") hereby present their agreed motion to stay, and in support thereof state as follows:

1. The Parties are currently engaged in detailed settlement discussions and have been referred to Magistrate Judge Keys for a settlement conference.

2. As part of the settlement process, the Parties are currently reviewing numerous contracts and other materials.

3. These materials are voluminous, and the Parties will not likely be prepared in time for the currently scheduled settlement conference before Magistrate Keys.

1

4. During this review process, the Parties wish to avoid unnecessary litigation costs and focus their efforts on settlement.

5. The Parties agree that a temporary stay of this action will help facilitate settlement.

WHEREFORE, for the reasons set forth above, CNA and SCOR Group respectfully request that this honorable Court enter an order in substantially the same form as the order submitted herewith and stay this action in its entirety until October 28, and set this action for status on or after October 28, 2008.

Date: August 22, 2008

| | |
|---|---|
| **Continental Casualty Company and Continental Insurance Company** | **Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR S.E., and SCOR Reinsurance Company** |
| By: /s/ Thomas D. Cunningham<br>     One of their attorneys | By: /s/Michael C. Kasdin<br>     One of their attorneys |
| William M. Sneed<br>Thomas D. Cunningham<br>Serena B. Lee<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Tel (312) 853-7000<br>Fax (312) 853-7036 | Stephen W. Schwab  (ARDC # 6183518)<br>Carl H. Poedtke III   (ARDC # 6237886)<br>Michael C. Kasdin   (ARDC # 6283200)<br>**DLA PIPER US LLP**<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL 60601<br>Tel (312) 368-4000<br>Fax (312) 236-7516 |