**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Continental Casualty Company and Continental Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-C-6912 |
| v. | ) ) ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company | ) ) ) ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) ) | |

**AGREED ORDER STAYING LITIGATION**

This matter has been heard on the Parties' Agreed Motion to Stay, and the Court hereby finds as follows:

    1. The Parties are engaged in good-faith settlement negotiations;

    2. These negotiations will be facilitated by staying this action in its entirety; and

    3. The Parties are not seeking a stay solely for the purposes of delay.

It is hereby ORDERED:

    1. This action is hereby stayed in its entirety until October 28, 2008 and all dates shall be tolled;

    2. The Magistrate shall strike the pending settlement conference from his calendar; and;

    3. This action is set for status on October 28, 2008 at 9:00 a.m.

    Entered:_____
                Judge Harry D. Leinenweber