Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6912 | **DATE** | 8/27/2008 |
| **CASE TITLE** | Continental Casualty Company vs. Commercial risk, et al | | |

**DOCKET ENTRY TEXT**

The Agreed Motion to Stay is granted. Status hearing set for 10/28/2008 at 9:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP

U.S. DISTRICT COURT
CLERK
2008 SEP -4 AM 8:20
FILED-FEC