

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Continental Casualty Company and Continental Insurance Company, | ) ) ) | |
| Plaintiffs, | ) ) | No. 07-C-6912 |
| v. | ) ) ) | Honorable Judge Harry D. Leinenweber |
| Commercial Risk Re-Insurance Company, Commercial Risk Reinsurance Company Limited, General Security Indemnity Company of Arizona, General Security National Insurance Company, GIE Columbus, SCOR, and SCOR Reinsurance Company | ) ) ) ) ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendants. | ) ) | |

## AGREED ORDER STAYING LITIGATION

This matter has been heard on the Parties' Agreed Motion to Stay, and the Court hereby finds as follows:

1. The Parties are engaged in good-faith settlement negotiations;

2. These negotiations will be facilitated by staying this action in its entirety; and

3. The Parties are not seeking a stay solely for the purposes of delay.

It is hereby ORDERED:

1. This action is hereby stayed in its entirety until October 28, 2008 and all dates shall be tolled;

2. The Magistrate shall strike the pending settlement conference from his calendar; and;

3. This action is set for status on October 28, 2008 at 9:00 a.m.

8/27/2008

Entered: _____
Judge Harry D. Leinenweber