# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Continental Casualty Company, et al.

                                    Plaintiff,

v.                                                                               Case No.: 1:07–cv–06912

                                                                               Honorable Harry D. Leinenweber

Commercial Risk Re–Insurance Company, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2008:

      MINUTE entry before the Honorable Arlander Keys: Pursuant to the motion of the Parties and the order of the district judge, the settlement conference set for 9/12/08 at l0:00 a.m. is stricken. Status hearing set for 10/15/2008 at 09:00 AM. in courtroom 2230.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.